IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**WILLIE JONES, ET AL.** **PLAINTIFF**

**VERSUS** **CAUSE NUMBER: 3:04CV211**

**DIVERSIFIED CAPITAL** **DEFENDANT**
**CORPORATION OF TENNESSEE, ET AL.**

## ORDER OF DISMISSAL

The Court, on its own motion, hereby dismisses without prejudice, the above cause of action in that said cause has been pending since NOVEMBER 23, 2004, and counsel, after repeated requests from the Clerk of the Court, has failed to prosecute this action as stated in Rule 41 (b), Federal Rules of Civil Procedure.

Therefore, the above action is hereby **DISMISSED** without prejudice due to failure to prosecute by plaintiff's counsel.

This 5th day of JULY, 2006.

      /s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**